### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL NO. 06-CV-2298-KHV |
| vs. | ) ) | |
| MARTEN E. GUTHRIE, individually and d/b/a GUTHRIE WHOLESALE AUTO, DENA P. GUTHRIE, and OKLAHOMA AUTO EXCHANGE, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

### STIPULATED SETTLEMENT ORDER

Plaintiff Manheim Automotive Financial Services, Inc. ("MAFS") and Defendant Oklahoma Auto Exchange, LLC ("OAE") have informed the Court that they have settled MAFS' claims against OAE in this matter. The essential terms of the settlement are memorialized in a formal written agreement dated on or about November 12, 2007. Those written terms are incorporated herein by reference, and the parties are hereby ORDERED to perform their respective settlement obligations thereunder.

The settlement anticipates complete performance on or before December 15, 2007. The Court shall keep this case open, and the parties are directed to either file a joint stipulation of dismissal or otherwise report the status of the performance of the settlement agreement by December 28, 2007.

In the meantime, the trial of this matter is concluded.

It is so ORDERED, this 13th day of November, 2007.

s/ Kathryn H. Vratil<br>
HONORABLE KATHRYN H. VRATIL

1

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| By<br>Jason M. Hans          KS #18881<br>ROUSE HENDRICKS GERMAN<br>MAY  PC<br>1010 Walnut St., Suite 400<br>Kansas City, MO  64106<br>(816) 471-7700 (telephone)<br>(816) 471-2221 (facsimile)<br>jasonh@rhgm.com<br><br>ATTORNEYS FOR MAFS | By<br>David L. Marcus  KS#18034<br>Graves Bartle & Marcus, LLC<br>1100 Main St., Suite 2600<br>Kansas City, MO 64105<br>(913)256-3181 (telephone)<br>(816)222-0534<br>david.marcus@pobox.com<br><br>ATTORNEYS FOR OAE |